IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **No. 1:18-cr-131** |
| **v.** | : | |
| **ERIC BANKS** | : | **Judge Sylvia H. Rambo** |

## **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant Eric Banks's motion to suppress statements made to law enforcement (Doc. 26) and supplemental motion to suppress physical evidence (Doc. 41) are **DENIED WITH PREJUDICE**.

s/*Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge

Dated: May 13, 2019