# N THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 1:18-CR-0131 |
| | : | |
| v. | : | |
| | : | |
| ERIC BANKS | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 4th day of March, 2022, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED** that Defendant's motion for judgment of acquittal and for new trial, Doc. 171, is **DENIED**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania